IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSANO CARDENAS, JR.

    Petitioner,

vs.                                               Civil No. 97-1011 BB/WWD

RONALD LYTLE, Warden,

    Respondent.

## MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

1. THIS MATTER comes before the Court upon Defendant's Motion to Dismiss, filed April 29, 1998 **[docket # 25]**. Defendant seeks to dismiss the three claims which were presented in Petitioner's initial § 2254 petition. The petition has been amended pursuant to Court order of June 22, 1999 [see docket # 50].

2. The amended petition raises two grounds for relief, neither of which strongly resembles the initial claims addressed in the motion to dismiss.[1] Therefore, the motion to dismiss should be denied as moot in that they seek to dismiss claims which are no longer before the Court.

### Recommendation

I recommend that Defendant's Motion to Dismiss, filed April 29, 1998 **[docket # 25]** be DENIED AS MOOT. Timely objections to the foregoing may be made pursuant to 28 U.S.C. § 636(b)(1)(C).

                                                                           _____
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The claims raised in the initial petition were disjointed and segmented into various separate claims.